**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 13** |
| | ) | |
| **CALVIN J. SMITH** | ) | **Case No. 23-04890** |
| | ) | |
| **Debtor.** | ) | **Judge A. Benjamin Goldgar** |

## NOTICE OF MOTION

TO:   Office of Marilyn O. Marshall
        Chapter 13 Trustee
        *via ECF clerk's electronic delivery system*

PLEASE TAKE NOTICE that on **Tuesday, October 17, 2023 at 9:30 a.m.,** the undersigned shall appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, **either** in courtroom 642 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the Motion to Extend Time to File Remaining Schedules, Plan and other documents, a copy of which is attached hereto.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and Password**. The meeting ID for this hearing is **161 319 7225** and the password is **584922.** The meeting ID and password can also be found on Judge Goldgar's webpage on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

　　　　　　　　　　　　　　　　　　　　　　　___/s/ David H. Cutler___
　　　　　　　　　　　　　　　　　　　　　　　Cutler & Associates, Ltd
　　　　　　　　　　　　　　　　　　　　　　　4131 Main St.
　　　　　　　　　　　　　　　　　　　　　　　Skokie, IL 60076
　　　　　　　　　　　　　　　　　　　　　　　Phone: (847) 673-8600

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused the above and foregoing Notice and attached Motion to be served on the Trustee via Electronic Court Notice on September 25, 2023.

_____/s/ David H. Cutler_

Cutler & Associates, Ltd
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 13** |
| | ) | |
| **CALVIN J. SMITH** | ) | **Case No. 23-04890** |
| | ) | |
| **Debtor.** | ) | **Judge A. Benjamin Goldgar** |

**MOTION TO EXTEND TIME TO FILE DEBTOR'S**
**REMAINING SCHEDULES, PLAN AND OTHER DOCUMENTS**

NOW COMES the Debtor, Calvin J. Smith by and through his attorneys, Cutler &

Associates, Ltd., and move this Court to grant him until October 17, 2023 to file his remaining

Schedules, Plan and other documents. In support of this Motion, the Debtor respectfully state and

allege as follows:

1.     On August 25, 2023 a Motion to Convert case from a Chapter 7 to a Chapter 13 was filed

on behalf of the Debtor.

2.     Debtor's case was converted to a Chapter 13 on September 11, 2023.

3.     The Debtor's remaining schedules, plan and other documents would, in absence of this

motion be due on September 25, 2023.

4.     The Debtor needs additional time to review the remaining schedules, plan and other

documents with his attorney before they can be filed.

5.     The Debtor, therefore, requests that he be granted until October 17, 2023 to file his

remaining Schedules, Plan and other documents.

WHEREFORE, the Debtor, Calvin J. Smith pray for the following relief:

A.     That the Debtor be granted until October 17, 2023 to file his remaining schedules, plan

and other documents; and

B.      For such other and further relief as this Court deems equitable and just.


                                                    Respectfully Submitted,

Dated: September 25, 2023

                                        By:_____/s/ David H. Cutler
                                              One of the attorneys for the Debtor



Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600