UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 23-04890 |
| Calvin J. Smith | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE OUTSTANDING SCHEDULES, PLAN AND OTHER DOCUMENTS**

THIS MATTER COMING ON TO BE HEARD on the Debtor's Motion to Extend Time to File Remaining Schedules, Plan and Other Documents, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted. The debtor is granted until October 17, 2023 to file his remaining Schedules, Plan and other documents.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: October 17, 2023

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600